UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AMBROSE O. ESOGBUE** | **CIVIL ACTION**<br>**B.C.I.S.'s Ref.#000501794** |
| **VERSUS** | **NUMBER: 05-4006** |
| **ROBERTO GONZALEZ, ATTORNEY GENERAL AND BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES** | **SECTION:  "B"(4)** |

### ORDER AND REASONS

Ambrose O. Esogbue, a citizen of Nigeria seeks review of the BIA's denial of his request for discretionary relief pursuant to former § 212(c) of the Immigration and Naturalization Act.[1]

Esogbue was convicted in 1980 for Attempted Possession of Marijuana. Thereafter, in 1994, he was convicted in the Southern District of Texas federal court for conspiracy to defraud the United States and three counts of wire fraud. The 1994 federal conviction led to a sentence of thirty-seven (37) months imprisonment and court-ordered restitution in the amount of $980,000, among other sentencing conditions. The latter federal conviction and sentence was affirmed by the Fifth Circuit on March

---

[1] While styled as a petition to review denial of citizenship application by the Bureau of Citizenship and Immigration Services, the instant action is construed as a attack upon the underlying and pending order of deportation. *See* also USDA CA No. 04-3079J- appeal pending before the Fifth Circuit.

6, 1996.

The federal fraud offenses that Esogbue was convicted of are aggravated felonies under the Illegal Immigration Reform and Immigrant Responsibility Act (IIRIRA).  *See* 8 U.S.C. § 1101(a)(43)(M).  Accordingly, we do not have jurisdiction to review this petition.  *See* 8 U.S.C. § 1252(a)(C); *Nehme v. INS*, 252 F. 3d 415, 420 (5th Cir. 2001); *Kykoyi v. Gonzales*, 2005 WL 1527679 (5th Cir. 2005).

The instant petition and collateral motion for emergency stay are **DISMISSED**.

New Orleans, Louisiana, this 26th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE